**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-10662-PSH |
| | § | |
| DAVID EARL PANGBURN JR. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/24/2010, in Courtroom 644, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/26/2010     By: /s/ David P. Leibowitz
                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-10662-PSH |
| | § | |
| DAVID EARL PANGBURN JR. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $4,002.23
*and approved disbursements of*     $2,393.00
*leaving a balance on hand of[1]:*     $1,609.23

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, DAVID P. LEIBOWITZ | $402.31 | $60.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $12,891.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9%.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | Chase Bank USA NA | $1,610.74 | $143.20 |
| 4 | PYOD LLC its successors and assigns as assignee of Capital Services | $1,538.63 | $136.79 |
| 5 | State Farm Bank | $3,032.59 | $269.61 |
| 6 | Recovery Management Systems Corporation For GE Money Bank,dba HOME | $6,709.84 | $596.54 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman                 Page 1 of 2                   Date Rcvd: Jul 27, 2010
Case: 09-10662                 Form ID: pdf006              Total Noticed: 24

The following entities were noticed by first class mail on Jul 29, 2010.
db           +David Earl Pangburn, Jr.,    17821 Roy Street,    Lansing, IL 60438-2326
aty          +Lovejoie E McInnis,    The Law Offices of Peter Francis Geraci,    55 East Monroe St Suite 3400,
               Chicago, IL 60603-5920
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
13706530     +Accounts Recovery Bureau,    Bankruptcy Department,    PO Box 70256,    Philadelphia, PA 19176-0256
13706515     +Aurora Loan Services I,    Attn: Bankruptcy Dept.,    10350 Park Meadows Dr St,
               Littleton, CO 80124-6800
13706524     +Bill Me Later,    Bankruptcy Department,    PO Box 105658,    Atlanta, GA 30348-5658
13706514    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:  Washington Mutual FA,    Attn: Bankruptcy Dept.,    Po Box 1093,
               Northridge, CA 91328)
13706520    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:  Washington Mutual/Providian,    Attn: Bankruptcy Dept.,    Po Box 9180,
               Pleasanton, CA 94566)
13706519     +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
14047403      Chase Bank USA NA,    PO BOX 15145,    Wilmington DE 19850-5145
13706521     +Credit ONE BANK,    Attn: Bankruptcy Dept.,    Po Box 98875,    Las Vegas, NV 89193-8875
13706518     +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
13706526     +Medical Reveune Group,    Bankruptcy Dept 77304,    PO Box 77000,    Detroit, MI 48277-2000
13706527     +Mina Medical Dept 77304,    Bankruptcy Department,    PO Box 77000,    Detroit, MI 48277-2000
14253408     +PYOD LLC its successors and assigns as assignee of,    MHC Receivables, LLC,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13706528     +Palos Community Hospital,    Bankruptcy Department,    12251 S. 80th Ave.,
               Palos Heights, IL 60463-1256
13706525     +Saint Margaret Mercy,    Bankruptcy Department,    35682 Eagle Way,    Chicago, IL 60678-0001
13706534     +Saint Margearet Mercy,    Attn: Bankruptcy Dept.,    35682 Eagle Way,    Chicago, IL 60678-0001
13706522     +State FARM Financial S,    Attn: Bankruptcy Dept.,    3 State Farm Plaza N-4,
               Bloomington, IL 61791-0002
14256037      State Farm Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
The following entities were noticed by electronic transmission on Jul 27, 2010.
14056323     +E-mail/Text: ACOZZI@CREDITUNION1.ORG                            Credit Union 1,
               450 E. 22nd Street,    Suite 250,    Lombard, IL 60148-6176
13706516     +E-mail/Text: ACOZZI@CREDITUNION1.ORG                            Credit Union 1,
               Attn: Bankruptcy Dept.,    200 E Champaign Ave,    Rantoul, IL 61866-2940
13706523      E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2010 00:47:56      GEMB/HOME DESIGN-HI-PJ,
               c/o Recovery Management System Corp,    Attn: Ramesh Singh,    25 S.E. 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
14344471     +E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2010 00:48:05
               Recovery Management Systems Corporation,    For GE Money Bank,    dba HOME DESIGN-HI-PJL/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13706517*    +Credit Union 1,    Attn: Bankruptcy Dept.,    200 E Champaign Ave,    Rantoul, IL 61866-2940
13706529*    +Saint Margaret Mercy,    Bankruptcy Department,    35682 Eagle Way,    Chicago, IL 60678-0001
13706531*    +Saint Margaret Mercy,    Bankruptcy Department,    35682 Eagle Way,    Chicago, IL 60678-0001
13706532*    +Saint Margaret Mercy,    Bankruptcy Department,    35682 Eagle Way,    Chicago, IL 60678-0001
13706533*    +Saint Margaret Mercy,    Bankruptcy Department,    35682 Eagle Way,    Chicago, IL 60678-0001
13706535    ##+American Financial Credit Ser.,    Attn: Bankruptcy Department,    9247 N. Meridan St.,   Suite 206,
               Indianapolis, IN 46260-1824
                                                                                TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: froman              Page 2 of 2              Date Rcvd: Jul 27, 2010
Case: 09-10662                Form ID: pdf006           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                    **Signature:**    *Joseph Speetjens*