UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-10662-PSH
§
DAVID EARL PANGBURN JR. §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $159,814.00 | Assets Exempt: | $27,550.00 |
| Total Distributions to Claimants: | $1,146.34 | Claims Discharged Without Payment: | $21,395.46 |
| Total Expenses of Administration: | $463.09 | | |

3) Total gross receipts of $4,002.43 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,393.00 (see **Exhibit 2**), yielded net receipts of $1,609.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $176,376.00 | $21,671.56 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $463.09 | $463.09 | $463.09 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $22,827.00 | $15,012.33 | $12,891.80 | $1,146.34 |
| **Total Disbursements** | $199,203.00 | $37,146.98 | $13,354.89 | $1,609.43 |

4). This case was originally filed under chapter 7 on 03/27/2009. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2010        By:   /s/ David P. Leibowitz
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1124-000 | $4,000.00 |
| Interest Earned | 1270-000 | $2.43 |
| **TOTAL GROSS RECEIPTS** | | **$4,002.43** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| David Earl Pangburn Jr., | Exemptions | 8100-002 | $2,393.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,393.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Credit Union 1 | 4110-000 | $24,155.00 | $21,671.56 | $0.00 | $0.00 |
| | Aurora Loan Services I | 4110-000 | $121,455.00 | NA | $0.00 | $0.00 |
| | Washington Mutual FA | 4110-000 | $30,766.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$176,376.00** | **$21,671.56** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $402.31 | $402.31 | $402.31 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $60.78 | $60.78 | $60.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$463.09** | **$463.09** | **$463.09** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA NA | 7100-000 | NA | $1,610.74 | $1,610.74 | $143.22 |
| 3 | Credit Union 1 | 7100-000 | $3,002.00 | $2,120.53 | $0.00 | $0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of Capital Services | 7100-000 | $975.00 | $1,538.63 | $1,538.63 | $136.82 |
| 5 | State Farm Bank | 7100-000 | $2,800.00 | $3,032.59 | $3,032.59 | $269.66 |
| 6 | Recovery Management Systems Corporation For GE Money Bank,dba HOME | 7100-000 | $6,400.00 | $6,709.84 | $6,709.84 | $596.64 |
|  | Bill Me Later | 7100-000 | $2,350.00 | NA | NA | $0.00 |
|  | Credit ONE BANK | 7100-000 | $1,400.00 | NA | NA | $0.00 |
|  | HSBC BANK | 7100-000 | $850.00 | NA | NA | $0.00 |
|  | Palos Community Hospital | 7100-000 | $750.00 | NA | NA | $0.00 |
|  | Saint Margaret Mercy | 7100-000 | $530.00 | NA | NA | $0.00 |
|  | Saint Margaret Mercy | 7100-000 | $200.00 | NA | NA | $0.00 |
|  | Saint Margaret Mercy | 7100-000 | $200.00 | NA | NA | $0.00 |
|  | Saint Margaret Mercy | 7100-000 | $950.00 | NA | NA | $0.00 |
|  | Saint Margaret Mercy | 7100-000 | $720.00 | NA | NA | $0.00 |
|  | Saint Margearet Mercy | 7100-000 | $200.00 | NA | NA | $0.00 |
|  | Washington Mutual/Providian | 7100-000 | $1,500.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $22,827.00 | $15,012.33 | $12,891.80 | $1,146.34 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 09-10662-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PANGBURN JR., DAVID EARL | | Date Filed (f) or Converted (c): | 03/27/2009 (f) |
| For the Period Ending: | 12/19/2010 | | §341(a) Meeting Date: | 05/06/2009 |
| | | | Claims Bar Date: | 08/27/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | (Debtors primary | $108,900.00 | $78,134.00 | DA | $0.00 | FA |
| 2 | TAX REFUNDS | $3,500.00 | $1,107.00 | | $4,000.00 | FA |
| 3 | Checking Account Credit Union 1 | $31.00 | $0.00 | DA | $0.00 | FA |
| 4 | Savings Account Credit Union 1 | $5.00 | $0.00 | DA | $0.00 | FA |
| 5 | Checking Account Park National Bank | $21.00 | $0.00 | DA | $0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 7 | BOOKS AND ART OBJECTS | $75.00 | $0.00 | DA | $0.00 | FA |
| 8 | WEARING APPAREL | $125.00 | $0.00 | DA | $0.00 | FA |
| 9 | FURS AND JEWELRY | $50.00 | $50.00 | DA | $0.00 | FA |
| 10 | PENSION PLANS AND PROFIT SHARING | $3,400.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Pension W/Employer - 100 Exempt | | | | | |
| 11 | 2007 Nissan Quest | $15,900.00 | $0.00 | DA | $0.00 | FA |
| 12 | 2004 Chevy Cavalier | $2,600.00 | $200.00 | DA | $0.00 | FA |
| 13 | Family Pets/Animals | $0.00 | $0.00 | DA | $0.00 | FA |
| 14 | Checking account with Credit Union 1 | $31.00 | $0.00 | DA | $0.00 | FA |
| 15 | Savings account with Credit Union 1 | $5.00 | $0.00 | DA | $0.00 | FA |
| 16 | Checking account with Park National Bank | $21.00 | $0.00 | DA | $0.00 | FA |
| 17 | Household goods; TV, VCR, stereo, sofa, vacuum, | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 18 | Books, Compact Discs, Tapes/Records, Family Pict | $75.00 | $0.00 | DA | $0.00 | FA |
| 19 | Necessary wearing apparel. | $125.00 | $0.00 | DA | $0.00 | FA |
| 20 | Earrings, watch, costume jewelry | $50.00 | $0.00 | DA | $0.00 | FA |
| 21 | Pension w/ Employer - 100% Exempt. | $3,400.00 | $0.00 | DA | $0.00 | FA |
| 22 | Anticipated 2008 Tax refund | $3,500.00 | $0.00 | DA | $0.00 | FA |
| 23 | Credit Union 1 - 2007 Nissan Quest with approxim | $15,900.00 | $0.00 | DA | $0.00 | FA |
| 24 | 2004 Chevy Cavalier in fair condition with over | $2,600.00 | $200.00 | DA | $0.00 | FA |
| 25 | Family Pets/Animals. | $0.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $2.43 | FA |

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Assets**

$163,314.00 $79,691.00 $4,002.43 $0.00

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| **Case No.:** | 09-10662-PSH | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | PANGBURN JR., DAVID EARL | **Date Filed (f) or Converted (c):** | 03/27/2009 (f) |
| **For the Period Ending:** | 12/19/2010 | **§341(a) Meeting Date:** | 05/06/2009 |
| | | **Claims Bar Date:** | 08/27/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**
TFR to be done
Prepare TDR

**Initial Projected Date Of Final Report (TFR):** 05/27/2010
**Current Projected Date Of Final Report (TFR):** 05/27/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** 09-10662-PSH | **Trustee Name:** | David Leibowitz |
| **Case Name:** PANGBURN JR., DAVID EARL | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** ******3840 | **Money Market Acct #:** | ******1165 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Money Market Account |
| **For Period Beginning:** 3/27/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 12/19/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********1165 | 9999-000 | $4,001.61 | | $4,001.61 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.19 | | $4,001.80 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.23 | | $4,002.03 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.17 | | $4,002.20 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $4,002.20 | $0.00 |
| | | | **TOTALS:** | | $4,002.20 | $4,002.20 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,001.61 | $4,002.20 | |
| | | | **Subtotal** | | $0.59 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.59 | $0.00 | |

| **For the period of 3/27/2009 to 12/19/2010** | | **For the entire history of the account between 04/06/2010 to 12/19/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.59 | Total Compensable Receipts: | $0.59 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.59 | Total Comp/Non Comp Receipts: | $0.59 |
| Total Internal/Transfer Receipts: | $4,001.61 | Total Internal/Transfer Receipts: | $4,001.61 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,002.20 | Total Internal/Transfer Disbursements: | $4,002.20 |

**FORM 2**  
Page No: 2  
Case 09-10662 Doc 38 Filed 12/19/10 Entered 12/19/10 01:30:15 Desc Main  
**CASH RECEIPTS AND DISBURSEMENTS RECORD**  
Document Page 8 of 11  
Exhibit 9

| Case No. | 09-10662-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PANGBURN JR., DAVID EARL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******3840 | | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/27/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/27/2009 | (2) | John R. Roe Jr. | | 1124-000 | $4,000.00 | | $4,000.00 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,000.16 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,000.32 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,000.48 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,000.64 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,000.80 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,000.96 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,001.12 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.15 | | $4,001.27 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.15 | | $4,001.42 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.17 | | $4,001.59 |
| 04/06/2010 | | Wire out to BNYM account ********1165 | Wire out to BNYM account ********1165 | 9999-000 | ($4,001.61) | | ($0.02) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.02 | | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| **Less: Bank transfers/CDs** | | ($4,001.61) | $0.00 | |
| **Subtotal** | | $4,001.61 | $0.00 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $4,001.61 | $0.00 | |

**For the period of 3/27/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $4,001.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,001.61 |
| Total Internal/Transfer Receipts: | ($4,001.61) |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/27/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $4,001.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,001.61 |
| Total Internal/Transfer Receipts: | ($4,001.61) |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3

Case 09-10662  Doc 38  Filed 12/19/10  Entered 12/19/10 01:30:15  Desc Main
Document      Page 9 of 11

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 09-10662-PSH | | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | PANGBURN JR., DAVID EARL | | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******3840 | | | | Checking Acct #: | ******0662 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | |
| For Period Beginning: | 3/27/2009 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/25/2010 | | Transfer From: #******0662 | | 9999-000 | $1,609.43 | | $1,609.43 |
| 08/25/2010 | 2001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $402.31 | $1,207.12 |
| 08/25/2010 | 2002 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 | | $60.78 | $1,146.34 |
| 08/25/2010 | 2003 | Chase Bank USA NA | Claim #: 1; Amount Claimed: 1,610.74; Amount Allowed: 1,610.74; Distribution Dividend: 8.89; | 7100-000 | | $143.22 | $1,003.12 |
| 08/25/2010 | 2004 | PYOD LLC its successors and assigns as assignee of | Claim #: 4; Amount Claimed: 1,538.63; Amount Allowed: 1,538.63; Distribution Dividend: 8.89; | 7100-000 | | $136.82 | $866.30 |
| 08/25/2010 | 2005 | State Farm Bank | Claim #: 5; Amount Claimed: 3,032.59; Amount Allowed: 3,032.59; Distribution Dividend: 8.89; | 7100-000 | | $269.66 | $596.64 |
| 08/25/2010 | 2006 | Recovery Management Systems Corporation For | Claim #: 6; Amount Claimed: 6,709.84; Amount Allowed: 6,709.84; Distribution Dividend: 8.89; | 7100-000 | | $596.64 | $0.00 |
| | | | TOTALS: | | $1,609.43 | $1,609.43 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1,609.43 | $0.00 | |
| | | | Subtotal | | $0.00 | $1,609.43 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $1,609.43 | |

| For the period of 3/27/2009 to 12/19/2010 | | For the entire history of the account between 08/25/2010 to 12/19/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,609.43 | Total Internal/Transfer Receipts: | $1,609.43 |
| Total Compensable Disbursements: | $1,609.43 | Total Compensable Disbursements: | $1,609.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,609.43 | Total Comp/Non Comp Disbursements: | $1,609.43 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-10662-PSH | |
| **Case Name:** | PANGBURN JR., DAVID EARL | |
| **Primary Taxpayer ID #:** | ******3840 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/27/2009 | |
| **For Period Ending:** | 12/19/2010 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******0662 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $4,002.20 | | $4,002.20 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.03 | | $4,002.23 |
| 07/21/2010 | 3000 | David Earl Pangburn Jr., | | 8100-002 | | $2,393.00 | $1,609.23 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.15 | | $1,609.38 |
| 08/25/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 8/25/2010 | 1270-000 | $0.05 | | $1,609.43 |
| 08/25/2010 | | Transfer To: #******0662 | | 9999-000 | | $1,609.43 | $0.00 |
| | | | **TOTALS:** | | $4,002.43 | $4,002.43 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,002.20 | $1,609.43 | |
| | | | **Subtotal** | | $0.23 | $2,393.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $2,393.00 | |
| | | | **Net** | | $0.23 | $0.00 | |

| **For the period of 3/27/2009 to 12/19/2010** | | **For the entire history of the account between 06/25/2010 to 12/19/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.23 | Total Compensable Receipts: | $0.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.23 | Total Comp/Non Comp Receipts: | $0.23 |
| Total Internal/Transfer Receipts: | $4,002.20 | Total Internal/Transfer Receipts: | $4,002.20 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $2,393.00 | Total Non-Compensable Disbursements: | $2,393.00 |
| Total Comp/Non Comp Disbursements: | $2,393.00 | Total Comp/Non Comp Disbursements: | $2,393.00 |
| Total Internal/Transfer Disbursements: | $1,609.43 | Total Internal/Transfer Disbursements: | $1,609.43 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-10662-PSH | |
| **Case Name:** | PANGBURN JR., DAVID EARL | |
| **Primary Taxpayer ID #:** | ******3840 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/27/2009 | |
| **For Period Ending:** | 12/19/2010 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******0662 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,002.43 | $4,002.43 | $0.00 |

| **For the period of 3/27/2009 to 12/19/2010** | | **For the entire history of the case between 03/27/2009 to 12/19/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,002.43 | Total Compensable Receipts: | $4,002.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,002.43 | Total Comp/Non Comp Receipts: | $4,002.43 |
| Total Internal/Transfer Receipts: | $5,611.63 | Total Internal/Transfer Receipts: | $5,611.63 |
| | | | |
| Total Compensable Disbursements: | $1,609.43 | Total Compensable Disbursements: | $1,609.43 |
| Total Non-Compensable Disbursements: | $2,393.00 | Total Non-Compensable Disbursements: | $2,393.00 |
| Total Comp/Non Comp Disbursements: | $4,002.43 | Total Comp/Non Comp Disbursements: | $4,002.43 |
| Total Internal/Transfer Disbursements: | $5,611.63 | Total Internal/Transfer Disbursements: | $5,611.63 |